THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.  
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Earnest Pressley,       
Appellant.
 
 
 

Appeal From Aiken County
William P. Keesley, Circuit Court Judge

Unpublished Opinion No.  2004-UP-569
Submitted November 1, 2004  Filed November 15, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, Office of Appellate 
 Defense, of Columbia, for Appellant.
Attorney General Henry D. McMaster, 
 Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General 
 Salley W. Elliott, all of Columbia; Solicitor Barbara R. Morgan, of Aiken, for 
 Respondent.
 
 
 

PER CURIAM:  Earnest Pressley was convicted 
 of second-degree criminal sexual conduct with a minor.  He was sentenced to 
 twenty years imprisonment.  Pressley appeals.  
Pursuant to Anders v. California, 
 386 U.S. 738 (1967), counsel for Pressley attached to the final brief a petition 
 to be relieved as counsel, stating she had reviewed the record and concluded 
 Pressleys appeal is without legal merit sufficient to warrant a new trial.  
 Pressley did not file a separate pro se response.  
 After a thorough review of the record 
 pursuant to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 
 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.  

 APPEAL DISMISSED. [1] 
 KITTREDGE, BEATTY, JJ., and CURETON, AJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.